No. 595.   Swift & Company et al. *v.* United States et al.   June 1, 1942.   Ordered that the opinion of this Court in this case be amended by striking from the eighth line of the second full paragraph on page 10 of the pamphlet print the word "use" and inserting in lieu thereof the words "establish or become interested in".   The petition for rehearing is denied.

No. 1046.   Mueller *v.* Mueller et al.   June 1, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit dismissed for failure to comply with the rules.   *Mr. Edward H. Coulter* for petitioner.

No. 280.   Jones *v.* City of Opelika.   Certiorari, 314 U. S. 593, to the Supreme Court of Alabama.   June 8, 1942.   The petition for rehearing is granted, and the judgment entered February 9, 1942, 315 U. S. 782, is vacated. See *ante,* p. 584.